UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------
COVERYS SPECIALTY INSURANCE
COMPANY,

        Plaintiff,

  v.

SIROTA & ASSOCIATES, P.C. and DANIEL ESTRIN

        Defendants.
-------------------------------------------------------------------

Case 1:22 **Civ.** 09421 (JHR)

**CLERK'S CERTIFICATE OF DEFAULT**

      I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on November 3, 2022 with the filing of a summons and complaint.  A copy of the summons and complaint was served on defendant SIROTA & ASSOCIATES, P.C on 11/18/2022 **by personally serving,** Nancy Dougherty, a person authorized by the New York Secretary of State to accept service of process, *and proof of service was therefore filed on,* 12/07/2022, *Doc. # 13*.

**I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect to the complaint herein. The default of the defendant is hereby noted.**

**Dated: New York, New York**

      _____, 2023

                                                     **RUBY J. KRAJICK**
                                                     **Clerk of Court**

                                     **By:** _____
                                                     **Deputy Clerk**