**UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK**

**AFFIDAVIT OF SERVICE**



Index no : **1:22-CV-09421-RA**

| | |
|---|---|
| Plaintiff(s): | COVERYS SPECIALTY INSURANCE COMPANY |
| Defendant(s): | SIROTA & ASSOCIATES, P.C., ET AL |

STATE OF NEW YORK
COUNTY OF SUFFOLK      ss.:

**Lisandro Luna**, the undersigned, being duly sworn, deposes and says that I was at the time of service over the age of eighteen and not a party to this action. I reside in the STATE OF NEW YORK .

On **02/08/2023** at **7:10 PM**, I served the within **SUMMONS IN CIVIL ACTION AND COMPLAINT; CIVIL COVER SHEET; RULE 7.1 STATEMENT Bearing Index Number 1:22-CV-09421-RA and date of filing of 11/07/2022** on **DANIEL ESTRIN** at **2946 QUENTIN ROAD, BROOKLYN, NY 11229** in the manner indicated below:

SUITABLE AGE: By delivering a true copy of said documents to **JOHN DOE, NAME REFUSED, FATHER,** a person of suitable age and discretion. Said premises is **defendant's** place of residence within the state.

On **02/10/2023**, deponent enclosed a copy of above mentioned documents to **DANIEL ESTRIN** at said **defendant's** Place of Residence, at 2946 QUENTIN ROAD,BROOKLYN, NY 11229 in a 1st Class postpaid properly addressed envelope not indicating that the mailing was from an attorney or concerned legal action and marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office.

A description of the **defendant**, or other person served on behalf of the **defendant** is as follows:

| Sex | Color of skin/race | Color of hair | Age aprx | Height aprx | Weight aprx |
|---|---|---|---|---|---|
| Male | White | Gray | 65 | 5ft4in - 5ft7in | 225-250 lbs |
| Other Features: | | | | | |

Your deponent asked the above mentioned recipient whether the **defendant** was active in the military service and received a negative reply. Upon information and belief I have; being based on the conversations and observations above narrated, **defendant** is not active in the military service.

Sworn to and subscribed before me on 2/14/23

Notary Public,

SUSAN R. RAMIREZ
Notary Public - State of New York
No. 01RA5002939
Qualified in Suffolk County
My Commission Expires Oct. 13, 2026

X _____
Lisandro Luna
License#: 2011018
Alstate Process Service Inc.
60 Burt Drive
Deer Park, NY 11729
631/667-1800

DORF & NELSON, LLP (F)
555 THEODORE FREMD AVENUE
SUITE A300
RYE, NY 10580
914-381-7600

Atty File#: 18300-38645