

**DORF & NELSON** LLP

The International Corporate Center, 555 Theodore Fremd Avenue, Rye, NY 10580

Telephone: 914.381.7600 · www.dorflaw.com · Facsimile: 914.381.7608

> Pursuant to the Court's Notice of Reassignment (ECF No. 25), the Initial Pretrial Conference, and the deadline for the parties' submission of the proposed Case Management Plan, are adjourned *sine die*.

March 3, 2023

**VIA ECF**

The Honorable Jennifer Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010

> By March 24, 2023, if the parties have not moved to discontinue the action, they shall file a joint letter updating the Court on the status of their settlement efforts.
>
> The Clerk of Court is directed to terminate ECF No. 24.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
> Jennifer H. Rearden, U.S.D.J.
> Date: March 9, 2023

Re:    Coverys Specialty Insurance Co. v. Sirota & Associates et al.
       Civil Action Number: 1:22-cv-09421-JR
       Docket Number: 12

Dear Judge Rearden:

We represent the Plaintiff Coverys Specialty Insurance Company in the above-referenced case. By this letter, we are seeking an adjournment of the Initial Conference ordered by the Court for March 17, 2023. Additionally, we are also seeking an adjournment of the submission of the joint Proposed Case Management Plan which is due on March 10, 2023. The reason for the request is that a settlement is forthcoming.

This is the second request for an adjournment that Plaintiff has sought in this case. Prior to the request herein Plaintiff sought an adjournment, but for wholly different reasons; namely, defendants had not appeared in the action. However, presently we have been in contact with the defendants and are working out the settlement. It is anticipated that we will have the agreement within two weeks.

As soon as we have executed the settlement agreement, we will move to discontinue the action. In light of the foregoing, it is hereby proposed that the date for submission of the joint Case Management Plan be adjourned to April 10, 2023 and that the Initial Conference be adjourned to April 17, 2023.

The Court's courtesies and attention to this case are very much appreciated.

Respectfully submitted,

*Linda Alster-Nelson*
Linda Alster-Nelson (LAN 5480)

Cc:    Daniel Estrin, Esq. (destrin@nywinlaw.com)

New York | Los Angeles