UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------

COVERYS SPECIALTY INSURANCE COMPANY,

                              Plaintiff,

   - against -

SIROTA & ASSOCIATES, P.C. and DANIEL ESTRIN,

                              Defendants.

---------------------------------------------------------------------------

**NOTICE OF DISCONTINUANCE OF ACTION PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Case No.: 22-cv-09421 (JHR)

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff, COVERYS SPECIALTY INSURANCE COMPANY and or their counsel, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendants.

Dated: Rye, New York
        March 29, 2023

                                          DORF & NELSON LLP

                                    By: *Linda Alster-Nelson*
                                               Linda Alster-Nelson, Esq. (Lan 5480)
                                               *Attorney for Plaintiff*
                                               555 Theodore Fremd Avenue
                                               Rye, New York 10580
                                               Tel.: (914) 381-7600

To:   Daniel D. Estrin, Esq.
       Sirota & Associates, P.C.
       128 Brighton 11th Street, Suite 2
       Brooklyn, New York 11235